**MANDATE**

NHCT- Hartford
02-cr-14
THOMPSON

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall Uniited States Courthouse, Foley Square, in the City of New York, on the 22nd day of April, two thousand and five,

Before:   Hon. Jon O. Newman,
            Hon. Robert D. Sack,
            Hon. B. D. Parker,
                  *Circuit Judges*

FILED APR 22 2005
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

Docket No. 02-1693

United States of America,
                        Appellee,
    v.

Julio Rodriguez,
                        Defendant-Appellant,

       The Government moves, with the consent of Defendant-Appellant Julio Rodriguez, to remand the case to the district court to determine whether to resentence Appellant. In light of the Supreme Court's decision in *United States v. Booker*, __U.S.__, 125 S. Ct. 738, 764(2005), and this Court's decision in *United States v. Crosby*, 397 F. 3d 103, 118-20 (2d Cir. 2005), the motion is granted and this case is remanded to the district court for further proceedings in conformity with *Crosby*.

       Any appeal taken from the district court following this remand and re-sentencing, if it occurs, can be initiated only by filing a new notice of appeal. See Fed. R. App. P. 3,4(b).

       A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk
by
_____
Arthur M. Heller
Motions Staff Attorney

—ISSUED AS MANDATE: 5/13/05