```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNNECTICUT

-------------------------------x
UNITED STATES OF AMERICA       :
                               :
v.                             :   CRIMINAL NO. 3:02CR14(AWT)
                               :
JULIO RODRIGUEZ                :
-------------------------------x
```

**ENDORSEMENT ORDER**

The government's Motion for Post-<u>Crosby</u> Proceedings on Remand (Doc. No. 56) and the defendant's Motion for Post-<u>Crosby</u> Proceedings on Remand (Doc. No. 54) are hereby GRANTED. By no later than July 10, 2006, the defendant shall either (1) notify the court in writing that he will not seek resentencing, or (2) file a memorandum setting forth his position as to why the court should have imposed a nontrivially different sentence if, at the time of sentencing, it had understood sentencing law as subsequently explained by the Supreme Court in <u>United States v. Booker</u>, 543 U.S. 220 (2005). <u>See</u> <u>United States v. Crosby</u>, 397 F.3d 103, 118-20 (2d Cir. 2005). If the defendant files a memorandum contending that the court should have imposed a nontrivially different sentence, the government shall file a response within 21 days of the filing of the defendant's memorandum.

It is so ordered.

Dated this 9th day of June 2006 at Hartford, Connecticut.

                                        /s/ (AWT)
                                     Alvin W. Thompson
                                United States District Judge