UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:02CR14 AWT |
| JULIO RODRIGUEZ | : | JULY 11, 2006 |

### MOTION FOR ENLARGEMENT/EXTENSION OF TIME TO FILE CROSBY MEMORANDUM

The defendant, JULIO RODRIGUEZ, by and through his undersigned counsel, Richard S. Cramer, pursuant to L. Civ. R. 7(b) and Fed. R. Crim. P. 45, and hereby moves this Honorable Court to enlarge/extend the time within which to file a Crosby memorandum, originally scheduled for submission on July 10, 2006, for the following reasons:

1. Defense counsel was preparing for a trial before this Court (*United States v. Robert McCloud)* on July 10, 2006.

2. Defense counsel has also been busy with State and Federal court appearances.

3. Defense counsel needs at least another week to complete the Crosby memorandum.

4. Defense counsel has not spoken with Assistant U. S. Attorney Raymond F. Miller who indicated that the Government has no objection with respect to this motion. Mr. Miller also requests an extension of one week within which to file his reply.

WHEREFORE, the undersigned respectfully requests that this motion for

enlargement/extension of time be granted and that the time for filing a Crosby memorandum be enlarged/extended until Tuesday, July 18, 2006.

                        Respectfully submitted,

                        DEFENDANT, JULIO RODRIGUEZ

                        By:_____
                            Richard S. Cramer
                            449 Silas Deane Highway
                            Wethersfield, CT 06109
                            Tel. (860) 257-3500
                            Federal Bar No. ct00016
                            Email: cramer@snet.net

## **CERTIFICATON**

     THIS IS TO CERTIFY that a copy of the foregoing was mailed postage prepaid this 11th day of July 2006 to:

Raymond F. Miller
Assistant U. S. Attorney
P.O. Box 1824
New Haven, CT 06508

                        _____
                        Richard S. Cramer