UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | NO. 3:02CR14 AWT |
| JULIO RODRIGUEZ | : | JULY 26, 2006 |

### MOTION FOR ENLARGEMENT/EXTENSION OF TIME TO FILE CROSBY MEMORANDUM

The defendant, JULIO RODRIGUEZ, by and through his undersigned counsel, Richard S. Cramer, pursuant to L. Civ. R. 7(b) and Fed. R. Crim. P. 45, and hereby moves this Honorable Court to enlarge/extend the time within which to file a Crosby memorandum, originally scheduled for submission on July 18, 2006, for the following reasons:

1. Defense counsel has been busy with State and Federal court appearances.

2. Assistant U. S. Attorney Raymond F. Miller has no objection with respect to this motion. Mr. Miller also requests an extension until August 22, 2006, to file his reply. Mr. Miller indicates he has a suppression hearing and then he will begin a trial.

WHEREFORE, the undersigned respectfully requests that this motion for enlargement/extension of time be granted and that the time for filing a Crosby memorandum be enlarged/extended until Tuesday, July 26, 2006.

        Respectfully submitted,

        DEFENDANT, JULIO RODRIGUEZ


        By:_____
           Richard S. Cramer
           449 Silas Deane Highway
           Wethersfield, CT 06109
           Tel. (860) 257-3500
           Federal Bar No. ct00016
           Email: cramer@snet.net

## **CERTIFICATON**

THIS IS TO CERTIFY that a copy of the foregoing was mailed postage prepaid this 26th day of July 2006 to:

Raymond F. Miller
Assistant U. S. Attorney
P.O. Box 1824
New Haven, CT 06508


        _____
        Richard S. Cramer