```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNNECTICUT

--------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :   CRIM. NO. 3:02CR00014(AWT)
                                :
JULIO RODRIGUEZ                 :
--------------------------------x
```

**NOTICE TO COUNSEL AND DEFENDANT**

On July 27, 2006, Attorney Cramer filed a proposed Memorandum in Support of Resentencing as an attachment to a motion for extension of time; that motion for extension of time was granted on August 18, 2006, and the Clerk docketed the attached memorandum.  On August 10, 2006, the Clerk received a memorandum in support of resentencing from the defendant in which he purports to be proceeding pro se.  It does not appear that Attorney Cramer received a copy of that memorandum.  It is unclear whether the court should docket the defendant's pro se memorandum in lieu of that filed by Attorney Cramer.

Accordingly, the court hereby directs the Clerk's Office to provide Attorney Cramer with a copy of the memorandum submitted on August 10, 2006.  Attorney Cramer shall inform the court whether (1) the defendant wishes to proceed pro se or (2) Attorney Cramer will continue to represent him.  If Attorney Cramer will continue to represent the defendant and wishes to file the memorandum submitted on August 10, 2006 as a supplemental memorandum, he may do so.

Dated this 29th day of August 2006 at Hartford, Connecticut.


                                         /s/AWT
                                    _____

                                     Alvin W. Thompson
                                 United States District Judge