**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
--------------------------------x
UNITED STATES OF AMERICA        :
                                :
v.                              :  CRIM. NO. 3:02CR00014(AWT)
                                :
JULIO RODRIGUEZ                 :
--------------------------------x
```

**NOTICE TO COUNSEL AND DEFENDANT**

    The court received a letter from Attorney Cramer, dated September 12, 2006 (copy attached as Exhibit A), in which he requests that his client's pro se memorandum in aid of sentencing which the Clerk received on August 10, 2006, be disregarded. Accordingly, the court hereby directs the Clerk's Office not to docket Mr. Rodriguez's pro se memorandum; it should be returned to Attorney Cramer.

    Dated this 14th day of September 2006 at Hartford, Connecticut.

                                                 /s/AWT
                                     Alvin W. Thompson
                                United States District Judge