# RICHARD S. CRAMER
ATTORNEY
449 SILAS DEANE HIGHWAY
WETHERSFIELD, CONNECTICUT 06109

(860) 257-3500
FAX (860) 257-3498

September 12, 2006

Hon. Alvin W. Thompson
U. S. District Court
450 Main Street
Hartford, CT 06103

Re:   United States of America v. Julio Rodriguez 3:02cr14 AWT

Dear Judge Thompson:

I have spoken to my client, Julio Rodriguez, and he agrees with me that the court should disregard the pro-se memorandum of law which he had previously submitted in this case.

Respectfully,

Richard S. Cramer

RSC/mfs

cc:   Julio Rodriguez